FILED
OCT 19 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>THE PREMISES LOCATED AT<br>4616 Willow Run Dr., Annadale, Virginia 22003<br>("Willow Lane" or "Manlapaz Residence") | Case No. 1:17-SW-278<br><br>**Filed Under Seal** |

## MOTION FOR UNSEALING OF APPLICATIONS FOR SEARCH WARRANT AND AFFIDAVITS IN SUPPORT OF SEARCH WARRANT

The United States of America, by and through undersigned counsel, hereby moves this Court for an order unsealing (1) the application for search warrant in this matter, (2) the affidavit in support of search warrant, and (3) this motion, for the purpose of their disclosure to the defense in *United States v. Jose Manlapaz et al.*, 1:17-CR-115, and in support thereof states as follows:

1. On the government's motion, the Court (the Honorable Theresa C. Buchanan, Magistrate Judge) ordered the application for search warrant, the affidavit in support of search warrant, and the motion to seal in this matter sealed in May 2017.

2. On May 25, 2017, a grand jury returned an indictment against returned a 41-count indictment against Jose Benjamin Manlapaz, charging him with aiding and assisting in the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2).

3. It is anticipated that the government may be required to disclose to the defendant the application for search warrant and affidavit in support of search warrant in order to satisfy its discovery obligations.

WHEREFORE, the United States respectfully moves the Court to unseal the application for search warrant in this matter, the affidavit in support of search warrant, and this motion, for

the purpose of their disclosure to the defense in *United States v. Jose Manlapaz et al.*, 1:17-CR-115.

                                              Respectfully submitted,

                                              Dana J. Boente
                                              United States Attorney

By:          */s/*
                                              Katherine L. Wong
                                              Assistant United States Attorney
                                              Eastern District of Virginia
                                              Counsel for the United States
                                              United States Attorney's Office
                                              2100 Jamieson Avenue
                                              Alexandria, Virginia 22314
                                              Phone: (703) 299-3700
                                              Fax: (703) 299-3981
                                              Email: Katherine.L.Wong@usdoj.gov