IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>THE PREMISES LOCATED AT<br>4616 Willow Run Dr., Annadale, Virginia 22003<br>("Willow Lane" or "Manlapaz Residence") | Case No. 1:17-SW-278<br><br>**Filed Under Seal** |

### ORDER

Upon Motion of the United States of America to unseal (1) the application for search warrant in this matter, (2) the affidavit in support of search warrant, and (3) its motion for unsealing, for the purpose of their disclosure to the defense in *United States v. Jose Manlapaz*, 1:17-CR-115;

The Court finds that the interests of justice require that the application, affidavit, and the government's motion be unsealed for such purpose; therefore

IT IS ORDERED that the government's motion is granted;

IT IS FURTHER ORDERED that the application for search warrant, the affidavit in support of search warrant, and the motion for unsealing be unsealed for purpose of their disclosure to the defendant and his counsel in *United States v. Jose Manlapaz*, 1:17-CR-115.

Entered in Alexandria, Virginia, 19 Oct 17.

/s/
Ivan D. Davis
United States Magistrate Judge