*UPDATED INVENTORY ATTACHED   10/23/17*

**FILED**

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2017 OCT 23  A 11: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>THE PREMISES LOCATED AT<br>4616 Willow Run Dr., Annadale, Virginia 22003 ("Willow<br>Lane" or "Manlapaz Residence") | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    1:17-SW-278

**UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Virginia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 8, 2017 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Honorable Theresa C. Buchanan _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    5/2/17

*Theresa Carroll Buchanan*
*United States Magistrate Judge*
*Judge's signature*

City and state:    Alexandria, VA

Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>1:17-SW-278 | **Date and time warrant executed:**<br>5/31/2017 ; 6:23 AM | **Copy of warrant and inventory left with:**<br>Christing Fuentes-Fraying Manlapaz |
| **Inventory made in the presence of :**<br>Christing Fuentes-Fraying Manlapaz | | |
| **Inventory of the property taken and name of any person(s) seized:**<br>See attached Inventory list ✓ | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/7/17

_____
Executing officer's signature

MICHAEL WHEELER SPECIAL AGENT
Printed name and title

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT 4616 WILLOW RUN DR, ANNANDALE, VIRGINIA 22003 ("WILLOW RUN" or "MANLAPAZ RESIDENCE") | Case No. 1:17-SW-278<br><br>**Under Seal** |

## ATTACHMENT A
## LOCATION TO BE SEARCHED

The premises to be searched is the real property located at 4616 Willow Run Dr, Annandale, Virginia 22003 ("Willow Run" or "Manlapaz Residence"), which is further described as single-family, detached residence with a reddish-colored brick exterior. The windows and door appear to have a light colored wood trim and there is a chimney stack located on the south-end of the residence. The residence has a driveway located on the north-end of the property that leads to an attached garage. Pictures of the residence are shown below.





View of front of residence            Aerial View of Residence

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT<br>4616 WILLOW RUN DR, ANNANDALE,<br>VIRGINIA 22003 ("WILLOW RUN" or<br>"MANLAPAZ RESIDENCE") | Case No. 1:17-SW-278<br><br>**Under Seal** |

## ATTACHMENT B
### ITEMS TO BE SEIZED

The items to be seized consist of the following fruits, instrumentalities, and evidence of illegal activity, for the time period January 1, 2007 to present, relating to violations of Title 26, United States Code, Section 7206(2) (Aiding or assisting in the preparation of fraudulent tax returns), Title 18, United States Code, Section 371 (Conspiracy to defraud the United States), and Title 18, United States Code, Section 1343 (Wire fraud), Title 18, United States Code, Section 1956 and 1957 (Money Laundering), and Title 18, United States Code, Section 1028(a)(7) (Identity Theft), including but not limited to the following:

1.  Records, documents, and materials relating to federal or state tax preparation and reference materials to include but not limited to: copies of the IRS Tax code, IRS Publications, materials from tax-related seminars or courses, and any correspondence relating to IRS forms or IRS statutes or regulations, and tax schedules;

2.  Records of any current, past or attempted registrations or certifications held or sought by Jose Benjamin Manlapaz, JBM Financial Services/Group ("JBM") and/or current or former employees of JBM, including but not limited to: registration for electronic filing

1

("EFIN"), internal compliance checks or visits by the IRS to JBM, tax preparer identification numbers ("PTIN"), or certified acceptance agent ("CAA") applications, paperwork or compliance information for ITINs.

3.    Records, documents, and materials relating to the training of employees of JBM Financial Services/Group, or Jose Benjamin Manlapaz to include but not limited to: manuals, templates, internal memos, meeting notes, instructions, and directives.

4.    Retained copies of client tax returns and files as well as back-up documentation to all client tax returns (including for businesses or entities owned/controlled by clients) prepared by Jose Benjamin Manlapaz and/or JBM to include but not limited: federal and state tax returns, together with all forms, schedules and attachments that accompany those tax returns, client questionnaires, copies of client-provided documents, email correspondence with employees or the taxpayer/client, draft returns, internal memos or invoices, print-outs from JBM databases or records showing dates of preparation, data entry and identity of preparer(s).

5.    Records, documents, and materials related to the preparation of all client tax returns to include: documentation from clients, documentation for deductions, forms provided to Jose Benjamin Manlapaz and/or JBM by clients or other third parties to prepare tax returns, client questionnaires and worksheets;

6.    Records, documents, and materials showing receipt of payment from clients to include but not limited to: receipts, receipt books, journals, credit card transaction/merchant account information, Quickbooks or other internal software, or ledgers whether hardcopy or electronic;

7.    Records, documents, and materials showing correspondence between Jose Benjamin Manlapaz and/or JBM, and tax clients or federal/state tax authorities related to tax

preparation, tax accounting or tax, audits, IRS letters requesting documentation or other tax matters whether civil or criminal;

8.    Records, documents, and materials related to agreements between Jose Benjamin Manlapaz or JBM Financial Services/Group and current or former employees, contractors or interns to include but not limited to: employee contracts, payment records, timesheets, ledgers, payroll, personnel files, records of trainings, certifications held by employees, severance agreements, Forms 1099 or W-2, employment tax returns for JBM or any related entities including Forms 940 and 941 or state employment tax returns;

9.    Records, documents, and materials related to the compensation of Jose Benjamin Manlapaz and/or the control, ownership or profits/gross receipts earned by JBM to include but not limited to: articles of incorporation, financial records, bank account records, receipts, ledgers, cash receipt books, statements, bank books, checkbooks, journals, wire information, and payroll records;

10.    Records, documents, and materials reflecting names, addresses, or telephone numbers of tax business associates or clients to include but not limited to: telephone books, address books, mailing/holiday gift lists, or other items reflecting names or other identifying information;

11.    Records, documents, or other materials reflecting summary sheets, commission logs and payments logs that assist in identifying co-conspirators and JBM clients, as well as the roles of different individuals within JBM and related entities, to include but not limited to organization charts, workflow information, log-in or access records to the server or databases maintained by JBM, such as for the data entry.

12.    Records showing the role and responsibilities of JBM employees, interns or associates in the Philippines, including but not limited to emails, chats, documents or files (hardcopy or electronic).

13.    Records related to the preparation and submission of Forms W-7, ITINs and their use by JBM, Jose Ben Manlapaz and/or clients of JBM, including but not limited to instruction manuals, lists of clients, correspondence with the IRS, client files, copies of applications, correspondence regarding the submission/approval or denial.

14.    Records related to any audits, letters from federal or state tax authorities, or submissions on behalf of JBM, Jose Ben Manlapaz or clients of JBM, including but not limited to internal correspondence among JBM employees, draft responses, supporting documents, and records showing the origin/source of any supporting documentation, including records that may identify the creator of such items.

15.    Cash or any cash equivalents, including foreign currency.

16.    Any records of cash deposits, wires or electronic transmission, including those made by or on behalf of JBM or Jose Ben Manlapaz, such as by third parties, to include but not limited to transactions in the name of third parties.

17.    Any records of foreign bank accounts in which JBM, related entities or Jose Ben Manlapaz has an interest, ownership or otherwise exercises control, including accounts held in the Philippines and any documentation related to the opening of such accounts, account balances, nominees, access, use or control of such accounts, or related to the filing of reports (or failure to file) with the U.S. Treasury regarding such foreign assets, including FBARs, documentation regarding the requirements for filing FBARs, or evidence of research regarding the FBAR requirement or clemency programs related to failure to file such reports.

4

18.    Any records to currency transaction reporting requirements, including with respect to foreign or domestic wire transactions.

19.    Any back-up or archived copies of JBM records, to include databases of past returns, past employee files or emails, or other records regarding the historic ownership or control of JBM and internal policies/procedures for preparing tax returns.

20.    Any records related to the criminal investigation of JBM or Jose Manlapaz or similar criminal tax investigations, including but not limited to materials from the U.S. Attorney's Office for the Eastern District of Virginia, copies or records of research conducted regarding criminal tax violations/penalties, or internal reviews of client files.

21.    Data contained in cell phones or similar electronic devices, including but not limited the address book (Contacts), calendar, call logs, photographs and videos, audio files, tasks, GPS data, internet data, chat logs, e-mail, SMS (Text) and MMS messages, voicemail contained on the device, memos, notes, and documents or other electronic files listed above.

The above paragraphs, 1 through 21, include all the foregoing items of evidence in whatever form and by whatever means such materials, their drafts, or their modifications may have been created or stored, including any handmade form (such as writing); any photocopies; any mechanical form (such as printing, or typing); any electrical, electronic, or magnetic form or data (such as any information on an electronic or magnetic storage device as further described below).

The terms "records," "documents," and "materials" include all of the following items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created and stored, to include: any handmade form (such as writing or drawing with any implement on any surface, directly or indirectly); and

photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as phonograph records, printing, or typing); and any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs, hard drives or drives, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, cellular telephones, personal digital assistants (PDAs), smart phones or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

13.    Items and the content of items related to electronic devices that are capable of storing, analyzing, creating, displaying, converting or transmitting electronic or magnetic computer impulses or data that is contained in this warrant. These devices include:

a.    Computers, computer components, computer peripherals, modems, monitors, printers, plotters, copiers, fax machines, optical scanners, external hard drives, and other computer related electronic devices;

b.    Instructions or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, and other programs of software used to communicate with computer hardware or peripherals; information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer related equipment. This media includes floppy disks, diskettes, fixed hard disks, removable hard disk cartridges, flash "thumb" drives and similar devices, tapes, video cassettes, and any other media which is capable of storing magnetic coding;

c.    Digital cameras and digital camera storage cards;

d.    Cellular telephones, PDAs, tablets, and other smart phones and their storage cards;

e.    Passwords, encryption keys, and other access devices that may be necessary to access the above devices or media; and

f.    Written or printed material that provides instructions or examples concerning the operation of any of the above devices, media, or software.

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| Residential | 1000255325 | Thursday, June 01, 2017 |
| | **Starting Date and Time:** | |
| 4616 Willow Run Drive | 05/31/2017 06:48 AM | |
| Annandale, VA 22003 | **Ending Date and Time:** | |
| | 05/31/2017 01:45 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Car- Mercedes | **Locator Code:** | |
| **Found:** | Glove Box | | |
| **Description:** | Seized per Warrant | Emp Schedule Jan14-Feb 1 2015 Pay Break Down | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Car- Mercedes | **Locator Code:** | |
| **Found:** | Glove Box | | |
| **Description:** | Seized per Warrant | Emp Schedule Jan 14 - Feb 1 2015 Pay Break Down | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 0 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Toshiba Satellite Laptop A665-S6065 SN:7A406048K | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 0 |
| **Location:** | Main Level Bedroom 2 | **Locator Code:** | |
| **Found:** | Under Desk | | |
| **Description:** | Seized per Warrant | Antel Desktop Computer JBM-AN-01 | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 0 |
| **Location:** | Car- Acura TL | **Locator Code:** | |
| **Found:** | Trunk of Car | | |
| **Description:** | Seized per Warrant | Desktop Tower JBM-FL-05 | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 0 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | Western Digital WD20EARS 2TB HD, SN:WMAZA4755779 | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 0 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | HP Envy 17 Laptop<br>SN: BCAGFT101B5C3AOB<br>with Power Cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | Medal Enclosure<br>Containing 4 Hard Drives | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 0 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant | ANTEL Desktop Computer | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant | ANTEL Desktop Computer | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | 2014 Income Tax Return - Christina and Jose Manlapaz<br>2007 1040 Christina and Jose Manlapaz<br>08/01/2016 - Bulding Contract for 6637 Cardinal Lane<br>Annandale VA<br>Wells Fargo Account Statements - JBM Financials | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 100 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | Black Lock Box in Laundry Basket | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed<br>subject to bank account.<br>Sentry II D Bag # A2274172 | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 100 |
| **Location:** | MasterBedroom Closet | **Locator Code:** | |
| **Found:** | Gray Pouch in Gray Carryon | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed<br>subject to bank account.<br>Sentry II D Bag # A2274171 | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 100 |
| **Location:** | Car- Acura TL | **Locator Code:** | |
| **Found:** | Glove Box | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548378 | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 100 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | Top of Chair | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548405 | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | Cruzer Switch 8GB ThumbDrive Data Stick Pro Thumb Drive Generic Thumb Drive | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | INL/MD NSB HD- No Cord OCZ 64GB HD SN:017111012000345 SM DISK 240GB HD SN:122344403395 Samsang 850 EVO 120GB HD SN:S2ITNXAG610983X Samsang 850 EVO 120GB HD SN: S2ITNSAG135656Z | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Connected to Computer | | |
| **Description:** | Seized per Warrant | Sabrent USB HD InLand USB HD (2-P-0-1 & 2-P-0-2) | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Samsung 850 Evo 128GB HD SN: S2ITNXAG5078192 | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | In Shoe Box | | |
| **Description:** | Seized per Warrant | 10 - 2 1/2 " HDs 1 Unknown Device (HID Dongle?) | |

Page 3  of  10

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Desk in Docking Station | | |
| **Description:** | Seized per Warrant    Western Digital 2TB WD20EARS HD SN: WMAZA5329440 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    Toshiba MD04ACA500 HD SN: 84K2K6YKFS9A | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    Samsung GT - N8013 Tablet SN:RF2DI058GDZ 32GB no cord | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Bed | | |
| **Description:** | Seized per Warrant    Lenovo IdeaPad Yoga 13 SN: EB32689394 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    Disk Array Container 10 HD Non Operational | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 0 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Leather Box above desk | | |
| **Description:** | Seized per Warrant    2 Thumb Drives 1 CD labeled TAX ACT 2008 Data | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    ASUS Q503U Laptop SN: FANOCY466333425 with Cord | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | ASUS Q503U Laptop SN:FANOCY46628042G with cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On TV Stand | | |
| **Description:** | Seized per Warrant | USB3 HD no cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | HP Savy Model 15-U483CL SN: 6CF5464G4C with cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | ASUS Sonic Master X54OS Laptop SN: G6NOGR03PII22G2 with cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 1 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | In box back corner | | |
| **Description:** | Seized per Warrant | Receipts for Business in envelope, labeled " To Ben" Box of Client data for JBM - copies of notes IDs fulled out client information sheet preparator engagement letter | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 100 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | In Shoe Box | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # A2274170 | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 100 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Top of Shelf Near Staircase | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548385 | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 35 | | **Evidence Box:** | 2 |
| **Location:** | Garage | | **Locator Code:** | |
| **Found:** | In box back corner | | | |
| **Description:** | Seized per Warrant | Client Data for JBM – Copies of Notes, IDs, Client information sheets, engagement letters. | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 36 | | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | | **Locator Code:** | |
| **Found:** | Drawer on Bottom Shelf | | | |
| **Description:** | Seized per Warrant | iPhone Model AIY56 w/ charger<br>Samsung Galaxy S III<br>iPhone Model AIB87 w/ charger<br>Nokia Cell Phone w/ charger<br>Huawei Cell Phone w/ charger | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 37 | | **Evidence Box:** | 0 |
| **Location:** | Dining Room | | **Locator Code:** | |
| **Found:** | Table | | | |
| **Description:** | Seized per Warrant | Extraction of Apple iPad Air SN: DMPLD9FEFK10 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 38 | | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | | **Locator Code:** | |
| **Found:** | Nightstand | | | |
| **Description:** | Seized per Warrant | Extraction of Samsaung Galazy S6 SN: 99000577145797 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 39 | | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | | **Locator Code:** | |
| **Found:** | Bookshelf | | | |
| **Description:** | Seized per Warrant | Ertraction of Samsang Galaxy S8 SN:98891A38595947454a | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 40 | | **Evidence Box:** | 0 |
| **Location:** | Main Level Bedroom 2 | | **Locator Code:** | |
| **Found:** | beside desk | | | |
| **Description:** | Seized per Warrant | Extraction of Apple iPad Pro 128GB SN:DLXQVDGNGMLN | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 41 | | **Evidence Box:** | 0 |
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | On Desk | | | |
| **Description:** | Seized per Warrant | Extraction of Apple iPhone 5 SN:F17JQ3EGDTTP<br>Extraction of Apple iPhone 6s Plus SN:F2LQG90DGRX4 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 42 | | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | | **Locator Code:** | |
| **Found:** | Desk | | | |
| **Description:** | Seized per Warrant | ANTEC Desktop Computer<br>JBM-FC-12 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | under desk | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 44 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Under Desk | | |
| **Description:** | Seized per Warrant    ANTEC Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 45 | **Evidence Box:** | 3 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Storage Area in Back Cornor | | |
| **Description:** | Seized per Warrant    JBM Financial receipts/Paid Invoices | | |

| | | | |
|---|---|---|---|
| **Control #:** | 46 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 47 | **Evidence Box:** | 1 |
| **Location:** | Attic | **Locator Code:** | |
| **Found:** | In Box | | |
| **Description:** | Seized per Warrant    Book - "What the IRS Doesnt want you to know." | | |

| | | | |
|---|---|---|---|
| **Control #:** | 48 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer<br>JBN-SUR-01 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 49 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEC Desktop Computer<br>JBM-FC-01 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 50 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| Control #: | 51 | | Evidence Box: | 4 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | Srorage area - back corner | | | |
| Description: | Seized per Warrant | Client Files - includes Yatco, Texas BBQ, Legasto, Battad, restaurent depot | | |

| Control #: | 52 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | On Chair | | | |
| Description: | Seized per Warrant | 2 - Lenovo Thinkcentre m73 mini computers SN: MJO11YGS & MJ11YJC no cords | | |

| Control #: | 53 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | Lenovo Thinkcentre m73 mini computer SN:MJ011YH3 with cord | | |

| Control #: | 54 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Dining Room | | Locator Code: | |
| Found: | Cabinet Top | | | |
| Description: | Seized per Warrant | Wells Fargo Account Notice298Q-2016-Jose Bank of NY MELLON 1099-SA-Jose 2016 Benefit Wallet Statements Acct#: 95004010835153-Jose | | |

| Control #: | 55 | | Evidence Box: | 5 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | Bottom Wooden Shelf | | | |
| Description: | Seized per Warrant | Tax info (subj) Bank acct info, IRS/tax doc. | | |

| Control #: | 56 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | In Box - back corner of Room | | | |
| Description: | Seized per Warrant | Folders with business records; BOA business accounts, BOA Merchant Acct, Wells Fargo Business Credit Cards, Wells Fargo Business & Personal Accts, Cox Records, Postage & Shipping, Network Installation. | | |

| Control #: | 57 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | Storage Area in Back Cornor | | | |
| Description: | Seized per Warrant | JBM Financial Services Client Files - 2009- 2012 | | |

| Control #: | 58 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | back corner | | | |
| Description: | Seized per Warrant | SunTrust Bank Account Statements Jose Manlapal | | |

| Control #: | 59 | | Evidence Box: | 7 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | Shelf above computer | | | |
| Description: | Seized per Warrant | Black notebook<br>Purple notebook<br>2 Green records books<br>Black notebook | | |

| Control #: | 60 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | Dresser Shelf Left of Bed | | | |
| Description: | Seized per Warrant | Ben Manlapaz Personal Bank Records and Financial Information<br>Wells Fargo Bank Account Statements<br>Medical Records<br>Personal Credit Cards, Nordstrom and Lord & Taylor.<br>Client Records. | | |

| Control #: | 61 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | Garage Back Storage | | | |
| Description: | Seized per Warrant | JBM Financial Services  Business 2002-2012<br>JBM Financial Services  Client File<br>Manlapaz Personal Suntrust & Bank of America Statements | | |

| Control #: | 62 | | Evidence Box: | 10 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | Garage Back Storage | | | |
| Description: | Seized per Warrant | Client Files - Texas BBQ Records Sales, invoices, statements, bank records, utility bills 2007-2008. | | |

| Control #: | 63 | | Evidence Box: | 11 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | Box on bottom row of wood shelf | | | |
| Description: | Seized per Warrant | Marriott Credit Cards Statements<br>2007 JBM S-Corp Return<br>2013, 2014 Form 1040<br>2008 Tax Return<br>OKIM Edward James Statements<br>Property Taxes<br>Rental Materials<br>JBM Financial Services Notes | | |

| Control #: | 64 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | Bookshelf | | |

**Description:** Seized per Warrant   Brown Box (Box 1) containing:
3 possible Fossil watches
2 possible Rolex watches
1 possible Lange & Sohne watch
1 possible Breitling watch
2 possible TAG Heuer watch
1 possible IWC watch = 10 total watches
Brown Box (Box 2) containing:
1 possible ESQ by Movado watch
Brown Box (Box 3) containing:
5 possible Breitling watches
1 possible Seiko watch
2 possible Carrera watch
1 possible TAG Heuer watch
1 possible Bvlgari watch = 10 watches
Brown Box (Box 4) containing:
7 possible Rolex watches
3 possible Breitling watches = 10 total watches
31 watches to Inventory (Total)
Added 05/31/2017 at 3:27pm
Signed by: Christina Fuentes, Frauna Manianaz

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Residential

4616 Willow Run Drive
Annandale, VA 22003

**Investigation Number:**
1000255325
**Starting Date and Time:**
05/31/2017 06:48 AM
**Ending Date and Time:**
05/31/2017 01:45 PM

**Report Date:**
Wednesday, June 28, 2017

| Control #: | 1 | | **Evidence Box:** | 1 |
|---|---|---|---|---|
| **Location:** | Car- Mercedes | | **Locator Code:** | |
| **Found:** | Glove Box | | | |
| **Description:** | Seized per Warrant | Emp Schedule Jan14-Feb 1 2015 Pay Break Down | | |

| Control #: | 2 | | **Evidence Box:** | 1 |
|---|---|---|---|---|
| **Location:** | Car- Mercedes | | **Locator Code:** | |
| **Found:** | Glove Box | | | |
| **Description:** | Seized per Warrant | Emp Schedule Jan 14 - Feb 1 2015 Pay Break Down | | |

| Control #: | 3 | | **Evidence Box:** | 0 |
|---|---|---|---|---|
| **Location:** | Master Bedroom | | **Locator Code:** | |
| **Found:** | On Desk | | | |
| **Description:** | Seized per Warrant | Toshiba Satellite Laptop A665-S6065 SN:7A406048K | | |

| Control #: | 4 | | **Evidence Box:** | 0 |
|---|---|---|---|---|
| **Location:** | Main Level Bedroom 2 | | **Locator Code:** | |
| **Found:** | Under Desk | | | |
| **Description:** | Seized per Warrant | Antel Desktop Computer JBM-AN-01 | | |

| Control #: | 5 | | **Evidence Box:** | 0 |
|---|---|---|---|---|
| **Location:** | Car- Acura TL | | **Locator Code:** | |
| **Found:** | Trunk of Car | | | |
| **Description:** | Seized per Warrant | Desktop Tower JBM-FL-05 | | |

| Control #: | 6 | | **Evidence Box:** | 0 |
|---|---|---|---|---|
| **Location:** | Kitchen | | **Locator Code:** | |
| **Found:** | On Shelf | | | |
| **Description:** | Seized per Warrant | Western Digital WD20EARS 2TB HD, SN:WMAZA4755779 | | |

| Control #: | 7 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Kitchen | Locator Code: | |
| Found: | On Shelf | | |
| Description: | Seized per Warrant | HP Envy 17 Laptop | |
| | | SN: BCAGFT101B5C3AOB | |
| | | with Power Cord | |

| Control #: | 8 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | On Shelf | | |
| Description: | Seized per Warrant | Medal Enclosure | |
| | | Containing 4 Hard Drives | |

| Control #: | 9 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Kitchen | Locator Code: | |
| Found: | On Floor | | |
| Description: | Seized per Warrant | ANTEL Desktop Computer | |

| Control #: | 10 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | On Floor | | |
| Description: | Seized per Warrant | ANTEL Desktop Computer | |

| Control #: | 11 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | |
| Found: | On Desk | | |
| Description: | Seized per Warrant | 2014 Income Tax Return - Christina and Jose Manlapaz | |
| | | 2007 1040 Christina and Jose Manlapaz | |
| | | 08/01/2016 - Bulding Contract for 6637 Cardinal Lane | |
| | | Annandale VA | |
| | | Wells Fargo Account Statements - JBM Financials | |

| Control #: | 12 | Evidence Box: | 100 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | |
| Found: | Black Lock Box in Laundry Basket | | |
| Description: | Seized per Warrant | Undetermined Amount of US Currency seized and sealed | |
| | | subject to bank account. | |
| | | Sentry II D Bag # A2274172 | |

| Control #: | 13 | Evidence Box: | 100 |
|---|---|---|---|
| Location: | MasterBedroom Closet | Locator Code: | |
| Found: | Gray Pouch in Gray Carryon | | |
| Description: | Seized per Warrant | Undetermined Amount of US Currency seized and sealed | |
| | | subject to bank account. | |
| | | Sentry II D Bag # A2274171 | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 100 |
| **Location:** | Car- Acura TL | **Locator Code:** | |
| **Found:** | Glove Box | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548378 | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 100 |
| **Location:** | Master Bedroom | **Locator Code:** | |
| **Found:** | Top of Chair | | |
| **Description:** | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548405 | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | Cruzer Switch 8GB ThumbDrive Data Stick Pro Thumb Drive Generic Thumb Drive | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant | INL/MD NSB HD- No Cord OCZ 64GB HD SN:017111012000345 SM DISK 240GB HD SN:122344403395 Samsung 850 EVO 120GB HD SN:S2ITNXAG610983X Samsang 850 EVO 120GB HD SN: S2ITNSAG135656Z | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Connected to Computer | | |
| **Description:** | Seized per Warrant | Sabrent USB HD InLand USB HD (2-P-0-1 & 2-P-0-2) | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Samsung 850 Evo 128GB HD SN: S2ITNXAG5078192 | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | In Shoe Box | | |
| **Description:** | Seized per Warrant | 10 - 2 1/2 " HDs 1 Unknown Device (HID Dongle?) | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Desk in Docking Station | | |
| **Description:** | Seized per Warrant    Western Digital 2TB WD20EARS HD SN: WMAZA5329440 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    Toshiba MD04ACA500 HD SN: 84K2K6YKFS9A | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    Samsung GT - N8013 Tablet SN:RF2DI058GDZ 32GB no cord | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Bed | | |
| **Description:** | Seized per Warrant    Lenovo IdeaPad Yoga 13 SN: EB32689394 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    Disk Array Container 10 HD Non Operational | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 0 |
| **Location:** | Kitchen | **Locator Code:** | |
| **Found:** | Leather Box above desk | | |
| **Description:** | Seized per Warrant    2 Thumb Drives 1 CD labeled TAX ACT 2008 Data | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Shelf | | |
| **Description:** | Seized per Warrant    ASUS Q503U Laptop SN: FANOCY466333425 with Cord | | |

| Control #: | 28 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | On Desk | | | |
| Description: | Seized per Warrant | ASUS Q503U Laptop SN:FANOCY46628042G with cord | | |

| Control #: | 29 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | On TV Stand | | | |
| Description: | Seized per Warrant | USB3 HD no cord | | |

| Control #: | 30 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | On Shelf | | | |
| Description: | Seized per Warrant | HP Savy Model 15-U483CL SN: 6CF5464G4C with cord | | |

| Control #: | 31 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | On Shelf | | | |
| Description: | Seized per Warrant | ASUS Sonic Master X54OS Laptop SN: G6NOGR03PII22G2 with cord | | |

| Control #: | 32 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | Garage | | Locator Code: | |
| Found: | In box back corner | | | |
| Description: | Seized per Warrant | Receipts for Business in envelope, labeled " To Ben" Box of Client data for JBM - copies of notes IDs fulled out client information sheet preparator engagement letter | | |

| Control #: | 33 | | Evidence Box: | 100 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | In Shoe Box | | | |
| Description: | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # A2274170 | | |

| Control #: | 34 | | Evidence Box: | 100 |
|---|---|---|---|---|
| Location: | Basement Bedroom | | Locator Code: | |
| Found: | On Top of Shelf Near Staircase | | | |
| Description: | Seized per Warrant | Undetermined Amount of US Currency seized and sealed subject to bank account. Sentry II Bag # 1548385 | | |

| Control #: | 35 | Evidence Box: | 2 |
|---|---|---|---|
| Location: | Garage | Locator Code: | |
| Found: | In box back corner | | |
| Description: | Seized per Warrant | Client Data for JBM - Copies of Notes, IDs, Client information sheets, engagement letters. | |

| Control #: | 36 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | Drawer on Bottom Shelf | | |
| Description: | Seized per Warrant | iPhone Model AIY56 w/ charger<br>Samsung Galaxy S III<br>iPhone Model AIB87 w/ charger<br>Nokia Cell Phone w/ charger<br>Huawei Cell Phone w/ charger | |

| Control #: | 37 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Dining Room | Locator Code: | |
| Found: | Table | | |
| Description: | Seized per Warrant | Extraction of Apple iPad Air SN: DMPLD9FEFK10 | |

| Control #: | 38 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | Nightstand | | |
| Description: | Seized per Warrant | Extraction of Samsaung Galazy S6 SN: 99000577145797 | |

| Control #: | 39 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | Bookshelf | | |
| Description: | Seized per Warrant | Ertraction of Samsang Galaxy S8 SN:98891A38595947454a | |

| Control #: | 40 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Main Level Bedroom 2 | Locator Code: | |
| Found: | beside desk | | |
| Description: | Seized per Warrant | Extraction of Apple iPad Pro 128GB SN:DLXQVDGNGMLN | |

| Control #: | 41 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | |
| Found: | On Desk | | |
| Description: | Seized per Warrant | Extraction of Apple iPhone 5 SN:F17JQ3EGDTTP<br>Extraction of Apple iPhone 6s Plus SN:F2LQG90DGRX4 | |

| Control #: | 42 | Evidence Box: | 0 |
|---|---|---|---|
| Location: | Basement Bedroom | Locator Code: | |
| Found: | Desk | | |
| Description: | Seized per Warrant | ANTEC Desktop Computer<br>JBM-FC-12 | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | under desk | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 44 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Under Desk | | |
| **Description:** | Seized per Warrant    ANTEC Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 45 | **Evidence Box:** | 3 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Storage Area in Back Cornor | | |
| **Description:** | Seized per Warrant    JBM Financial receipts/Paid Invoices | | |

| | | | |
|---|---|---|---|
| **Control #:** | 46 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 47 | **Evidence Box:** | 1 |
| **Location:** | Attic | **Locator Code:** | |
| **Found:** | In Box | | |
| **Description:** | Seized per Warrant    Book - "What the IRS Doesnt want you to know." | | |

| | | | |
|---|---|---|---|
| **Control #:** | 48 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |
| | JBN-SUR-01 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 49 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEC Desktop Computer | | |
| | JBM-FC-01 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 50 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Floor | | |
| **Description:** | Seized per Warrant    ANTEL Desktop Computer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 51 | **Evidence Box:** | 4 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Srorage area - back corner | | |
| **Description:** | Seized per Warrant | Client Files - includes Yatco, Texas BBQ, Legasto, Battad, restaurent depot | |

| | | | |
|---|---|---|---|
| **Control #:** | 52 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Chair | | |
| **Description:** | Seized per Warrant | 2 - Lenovo Thinkcentre m73 mini computers SN: MJO11YGS & MJ11YJC no cords | |

| | | | |
|---|---|---|---|
| **Control #:** | 53 | **Evidence Box:** | 0 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | On Desk | | |
| **Description:** | Seized per Warrant | Lenovo Thinkcentre m73 mini computer SN:MJ011YH3 with cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 54 | **Evidence Box:** | 1 |
| **Location:** | Dining Room | **Locator Code:** | |
| **Found:** | Cabinet Top | | |
| **Description:** | Seized per Warrant | Wells Fargo Account Notice298Q-2016-Jose Bank of NY MELLON 1099-SA-Jose 2016 Benefit Wallet Statements Acct#: 95004010835153-Jose | |

| | | | |
|---|---|---|---|
| **Control #:** | 55 | **Evidence Box:** | 5 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Bottom Wooden Shelf | | |
| **Description:** | Seized per Warrant | Tax info (subj) Bank acct info, IRS/tax doc. | |

| | | | |
|---|---|---|---|
| **Control #:** | 56 | **Evidence Box:** | 6 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | In Box - back corner of Room | | |
| **Description:** | Seized per Warrant | Folders with business records; BOA business accounts, BOA Merchant Acct, Wells Fargo Business Credit Cards, Wells Fargo Business & Personal Accts, Cox Records, Postage & Shipping, Network Installation. | |

| | | | |
|---|---|---|---|
| **Control #:** | 57 | **Evidence Box:** | 7 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Storage Area in Back Cornor | | |
| **Description:** | Seized per Warrant | JBM Financial Services Client Files - 2009- 2012 | |

| | | | |
|---|---|---|---|
| **Control #:** | 58 | **Evidence Box:** | 1 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | back corner | | |
| **Description:** | Seized per Warrant | SunTrust Bank Account Statements Jose Manlapal | |

| | | | |
|---|---|---|---|
| **Control #:** | 59 | **Evidence Box:** | 7 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Shelf above computer | | |
| **Description:** | Seized per Warrant | Black notebook<br>Purple notebook<br>2 Green records books<br>Black notebook | |

| | | | |
|---|---|---|---|
| **Control #:** | 60 | **Evidence Box:** | 8 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Dresser Shelf Left of Bed | | |
| **Description:** | Seized per Warrant | Ben Manlapaz Personal Bank Records and Financial Information<br>Wells Fargo Bank Account Statements<br>Medical Records<br>Personal Credit Cards, Nordstrom and Lord & Taylor.<br>Client Records. | |

| | | | |
|---|---|---|---|
| **Control #:** | 61 | **Evidence Box:** | 9 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Garage Back Storage | | |
| **Description:** | Seized per Warrant | JBM Financial Services  Business 2002-2012<br>JBM Financial Services  Client File<br>Manlapaz Personal Suntrust & Bank of America Statements | |

| | | | |
|---|---|---|---|
| **Control #:** | 62 | **Evidence Box:** | 10 |
| **Location:** | Garage | **Locator Code:** | |
| **Found:** | Garage Back Storage | | |
| **Description:** | Seized per Warrant | Client Files - Texas BBQ Records Sales, invoices, statements, bank records, utility bills 2007-2008. | |

| | | | |
|---|---|---|---|
| **Control #:** | 63 | **Evidence Box:** | 11 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Box on bottom row of wood shelf | | |
| **Description:** | Seized per Warrant | Marriott Credit Cards Statements<br>2007 JBM S-Corp Return<br>2013, 2014 Form 1040<br>2008 Tax Return<br>OKIM Edward James Statements<br>Property Taxes<br>Rental Materials<br>JBM Financial Services Notes | |

| | | | |
|---|---|---|---|
| **Control #:** | 64 | **Evidence Box:** | 12 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Bookshelf | | |
| **Description:** | Seized per Warrant | Brown Box (Box 1) containing: | |

Brown Box (Box 1) containing:
3 possible Fossil watches
2 possible Rolex watches
1 possible Lange & Sohne watch
1 possible Breitling watch
2 possible TAG Heuer watch
1 possible IWC watch = 10 total watches
Brown Box (Box 2) containing:
1 possible ESQ by Movado watch
Brown Box (Box 3) containing:
5 possible Breitling watches
1 possible Seiko watch
2 possible Carrera watch
1 possible TAG Heuer watch
1 possible Bvlgari watch = 10 watches
Brown Box (Box 4) containing:
7 possible Rolex watches
3 possible Breitling watches = 10 total watches
31 watches to Inventory (Total)
Added 05/31/2017 at 3:27pm
Signed by: Christina Fuentes Frayne Maplanaz

| | | | |
|---|---|---|---|
| **Control #:** | 65 | **Evidence Box:** | 0 |
| **Location:** | Basement Bedroom | **Locator Code:** | |
| **Found:** | Desk | | |
| **Description:** | Seized per Warrant | Backup Plus Desktop Drive SN: NA7DWAJ8 | |

| | | | |
|---|---|---|---|
| **Control #:** | 66 | **Evidence Box:** | 0 |
| **Location:** | Main Level Bedroom 2 | **Locator Code:** | |
| **Found:** | Desk | | |
| **Description:** | Seized per Warrant | HP Google Chrome Laptop SN: 5CD5360S6C | |